UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRANDI CAMPBELL, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | CASE NO. 20-cv-05321 |
| v. | Hon. Elaine E. Bucklo<br>*Judge Presiding* |
| MARSHALL INTERNATIONAL, LLC d/b/a GOLD CLUB CHICAGO a/k/a THE GOLD ROOM and PERA M. ODISHOO, | Hon. Jeffrey T. Gilbert<br>*Magistrate Judge* |
| Defendants. | |

## STIPULATION TO DISMISS WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(i) and the Parties' agreement to arbitrate this matter before the American Arbitration Association, Plaintiff, by and through her attorneys, hereby stipulates and agrees to dismiss this matter without prejudice.

Dated: October 28, 2020

Respectfully submitted,

BRANDI CAMPBELL,

 /s/ Bradley Manewith
*One of Plaintiff's Attorneys*

Shannon Liss-Riordan
 *pro hac vice*
Adelaide Pagano
 *pro hac vice*
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel. (617) 994-5800
Fax (617) 993-5801
sliss@llrlaw.com
apagano@llrlaw.com

Bradley Manewith, IARDC No. 06280535
Marc J. Siegel, IARDC No. 06238100
James D. Rogers, IARDC No. 06324570
SIEGEL & DOLAN LTD.
150 North Wacker Drive, Suite 3000
Chicago, IL 60606
Tel. (312) 878-3210
Fax (312) 878-3211
bmanewith@msiegellaw.com
msiegel@msiegellaw.com
jrogers@msiegellaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2020, a true and accurate copy of the foregoing Stipulation to Dismiss without Prejudice was filed via this Court's CM/ECF system, and served upon all parties of record.

/s/ Bradley Manewith
Attorney for Plaintiff