# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Brandi Campbell

                                  Plaintiff,

v.                                                         Case No.: 1:20−cv−05321

                                                                           Honorable Elaine E. Bucklo

Marshall International, LLC, et al.

                                  Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, November 17, 2020:

      MINUTE entry before the Honorable Elaine E. Bucklo: A stipulation of dismissal has been filed. This case is dismissed without prejudice. All pending dates before this court are stricken. Civil case terminated. Mailed notice. (mgh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.