Home  My Network  Jobs

**Deadline Approaching - Pepperdine's online Master of Legal Studies program:**



EXHIBIT 1



# Brandi Campbell · 3rd
Entrepreneur at Nevis LLC

- Nevis LLC
- Chicago Women in Trades

Greater Chicago Area · Contact info

29 connections

Connect    Message   More

## Activity
32 followers

Posts Brandi created, shared, or commented on in the last 90 days are displayed here.

See all activity

## Experience

**Entrepreneur**
Nevis LLC · Self-employed
Jan 2020 – Present · 1 yr 10 mos
Saint Kitts and Nevis

Militantly pursuing self-employment!



Home   My Network   Jobs

15 yrs 7 mos

**Welder**
Sep 2018 – Present · 3 yrs 2 mos
USA

**Strip Club Dancer, Pro-Domme, Investigator, Hustler**
Apr 2006 – Mar 2020 · 14 yrs
United States



**Host**
Chili's
Jan 2010 – Jan 2011 · 1 yr 1 mo
Romeoville, Illinois

Job duties included seating customers and organizing restaurant layout.

**Student Library Assistant**
Portland State University Branford Price Millar Library
May 2006 – May 2008 · 2 yrs 1 mo
Portland, Oregon

Job duties included shelving books and working in stacks.

**Intern**
PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS (PETA) FOUNDATION
Aug 2006 – Sep 2006 · 2 mos
Norfolk, Virginia

Job duties included organizing data on excel spreadsheets and internet research.

# Education

**Chicago Women in Trades**
Welding Technology/Welder
2018 – 2018

MIG, Stick, TIG welding with certification from American Welding Society

EXHIBIT

# Campbell v. Keagle Inc et al

Brandi Campbell

Edward Salfelder, Jr and Keagle Inc doing business as Silver Bullet Bar

2:2020cv02271

September 29, 2020

US District Court for the Central District of Illinois

Colin Stirling Bruce

Eric I Long

Labor: Fair Standards

29 U.S.C. § 201

None

## Docket Report

RSS Track this Docket

This docket was last retrieved on November 23, 2020. A more recent docket listing may be available from PACER.

### Document Text

**Filing 10** MOTION to Compel Arbitration by Defendants Keagle Inc, Edward Salfelder, Jr. Responses due by 12/7/2020 (Attachments: #1 Exhibit A)(Beckett, Chad)

https://www.mankatofreepress.com/news/local_news/former-dancer-suing-mettlers-over-compensation-alleged-harassment/article_8bc83c02-378d-11e8-99fa-bffd7a268750.html

# Former dancer suing Mettler's over compensation, alleged harassment

By Kristine Goodrich kgoodrich@mankatofreepress.com
Apr 3, 2018

MANKATO — A woman who calls herself "a labor activist and stripper" is suing Mettler's Bar and Restaurant claiming illegal labor practices and a hostile work environment.

Brandi Campbell filed a civil lawsuit against the Mankato strip club last month in Blue Earth County District Court. The exotic dancer also has sued other strip clubs across the country. She says her objective is to stop clubs from exploiting their dancers to boost their profits.

Campbell alleges Mettler's misclassified her as an independent contractor rather than an employee and failed to address her complaints when she was sexually harassed by patrons and staff.

Mettler's denies those claims and is asking the judge to dismiss the lawsuit.

"Mettler's is a solid multi-generation family business that has been in Mankato for over 100 years and they operate above board," said attorney Scott Lundquist.

Campbell danced at Mettler's in late 2016 through early 2017. She was offered the opportunity to be a Mettler's employee and chose to work as an independent contractor instead, Lundquist said. Campbell says she can recall no such offer.

Neither side disputes that, as a contractor, Campbell was not paid a wage and was required to pay a fee to Mettler's each day she worked. Campbell, who now is working as a dancer in West Virginia, said the fee amount varied depending on the shift. The Mettler's written response to the lawsuit calls the fee a "dance performance lease" into which Campbell entered voluntarily.

MINNEAPOLIS

# Dancer's suit may spur new labor rules for Minneapolis strip clubs

By Emma Nelson (https://www.startribune.com/emma-nelson/6134699/) Star Tribune
DECEMBER 19, 2017 — 12:50PM

Brandi Campbell started working in strip clubs as a college student. Nine years later, she started filing lawsuits claiming she'd been cheated out of tips, sexually harassed by co-workers and fired when she complained.

==Campbell, who's been working as a dancer for 12 years, recently settled National Labor Relations Board (NLRB) complaints she had made against the Seville Club and Déjà Vu in downtown Minneapolis.==

Dancers, she said, "need to be recognized as people — just like any other worker."

Across the country, dancers are suing the clubs they work for, saying they're treated as independent contractors but have the right to the pay and benefits of regular employees. Their advocacy has gained traction in Minneapolis, where some on the pro-labor City Council want to improve conditions for workers in the 14 venues that hire dancers.

The ordinance changes haven't been written, but they will focus on city health regulations of clubs. City Council Member Cam Gordon said he expects the council could take action in early 2018.

The question of whether entertainers should be treated as employees has continued to create a rift between entertainers and the clubs they work for, and among entertainers themselves. And though entertainers have been suing clubs successfully for years, those still working in the clubs say not much has changed.

Early this year, Minneapolis Health Department inspectors conducted a sweep of the city's 17 licensed adult entertainment establishments and found that bodily fluids were present at 11 of them (http://www.startribune.com/minneapolis-adult-entertainment-venues-face-health-department-scrutiny/415993134/) . Those venues were declared a public health nuisance under state law and were reinspected last month.

A city-commissioned report (http://www.startribune.com/adult-entertainers-detail-workplace-safety-hazards-in-minneapolis-clubs/417195083/) by University of Minnesota researchers showed dancers face hazards ranging from injuries sustained during performances to physical and sexual assault. It's particularly bad in VIP rooms, where patrons pressure dancers to cross the line into paid sex, sometimes using violence when that doesn't happen.

The university report coupled with the Health Department's findings prompted city officials to examine how Minneapolis regulates strip clubs. The city has solicited feedback both from entertainers and club owners.



COURTESY PHOTO
Brandi Campbell, a longtime strip club worker has filed complaints and won concessions on labor practices in the industry.

# STRIPPER LABOR RIGHTS

I WANNA PUBLISH ZINES AND RAGE AGAINST MACHINES

HOME    CONTACT    ABOUT
RESOURCES    SITE SEARCH

## The Lost Cause of Teazers: Daisy and The Dancers

SEPTEMBER 29, 2021

Here's the dry affidavit.

Before we begin, I'd like to say that I will not be doxxing Daisy Mae, even though I totally intended to up until around last Autumn, when she emailed

me asking for help on how to sue Teazers, as well as offering me her help with my claims she thought I still had. I emailed her back and told her what had happened to me when I attempted to hold Teazers accountable-- that I collected plenty of evidence of Teazers misclassifying dancers, Diamond's abuse, my illegal termination-- but that a club with such a low yearly gross income is not in the NLRB's jurisdiction, that most lawyers aren't going to invest in suing this place, and that Teazers is just too poor to file claims against. Sometimes small businesses can get away with horrible things like Teazers does. While some clubs commit tax evasion by lying about how much they make per year, I do believe Teazers is legitimately destitute enough to not matter.

Over the six or so years that I've been suing clubs, I've occasionally received communications from people who I least expected to contact me-- managers who have fired me, owner's adult offspring offering me moral support-- or dancers who intended to testify against me but had a change of heart, want my help and offer their help to me.

I met Daisy on the first day of my 2019 return, while I was sitting down in the back office with Diamond, filling out paperwork. Normally strip clubs just have the dancer select her own stage name, but Diamond stated that dancer Daisy was going to "name" me, and proceeded to yell for Daisy to come in. The thought of being "named" disgusted me, especially by another dancer who the manager seemed to be sharing some kind of power alliance with. I was expecting a plastic surgery type of a

# **Shakers Studies: FLSA Factor #5**

AUGUST 31, 2018

The fifth factor in determining whether a worker is an employee, under the fair labor standards act, is described as:

"The alleged contractor's opportunities for profit and loss."

This factor and subsequent factors are kind of similar, but I'll try to interpret what this means. Several things that Shakers did might apply to this factor.

==Most strip clubs spend significant amounts of money advertising their business to the public, in order to attract patrons. This has usually been in my favor during lawsuits, because the club is the one spending time and money to attract the patrons.== Clubs have tried to argue that strippers advertise with social media, but since social media is usually free and not always dependable, it hasn't always worked out for the club to say this. Shakers was a lot different though, because as far as I was able to see, they didn't spend money on advertising AT ALL.

While I worked at Shakers, there wasn't always a lot of opportunity for profit. Shakers was often dead and dancers would complain that the club needed to be advertising more. Secretly, I was thinking about how interesting it all was that Shakers didn't make overt efforts to attract clients. Some of the dancers had regulars who had been coming there for a long time, and came in to visit them. Shakers does have a facebook presence, but that was all that I think they do. I don't have enough information about their past advertising attempts to compare. Shakers had a friend-spy to come in and talk to me about advertising, so I think maybe they stopped after the lawsuit. The slowness of the club had everyone at an economic disadvantage, and I legitimately worried how much of a struggle it must have been for the Robinson family to survive like they were off of their club.

Having to go on stage when called and having a piece of paper with dance prices on them were two things that other dancers experienced which affected their opportunities for profit and loss. Since I was treated special and heard special monologues all the time, this factor didn't apply to me according to most lawyers.

Factors six and seven are kind of similar to factor five, so I will describe other things at Shakers in those posts while acknowledging that they can also be applied to this one.

http://stripperlaborrights.com/?offset=1551584583852