**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Brandi Campbell
                              Plaintiff,

v.                                              Case No.: 1:20−cv−05321
                                                Honorable Jeffrey T. Gilbert

Marshall International, LLC, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 31, 2025:

    MINUTE entry before the Honorable Jeffrey T. Gilbert: Plaintiffs' Unopposed Motion Preliminary Approval of Collective Action Settlement Agreement [207] is granted. This case is set for a telephone status hearing on 4/2/25 at 11:15 a.m., however, because the Court has a few questions and suggestions regarding the proposed notice included in Exhibit B to the Motion [207]. If this date and time presents an irreconcilable conflict for either side, counsel jointly shall send an email to the Court's courtroom deputy and the hearing will be rescheduled to a mutual convenient date and time. In granting the Motion [207], the Court finds as follows: The settlement reached by the parties is a fair and reasonable resolution of a bona fide dispute between the parties reached after arms−length negotiations by well−represented parties. The Service Awards to Named Plaintiff and Representative Plaintiffs fairly reward them for the extra work they did in prosecuting this lawsuit and participating in the settlement conferences on behalf of the collective, and for their broader release of claims against Defendants, and those Awards do not detract from the fairness and reasonableness of the overall settlement. The proposed settlement furthers the purposes of the Fair Labor Standards Act, and preliminary certification of the settlement collective is appropriate under Section 216(b) of that Act. Finally, Plaintiffs' anticipated request for attorneys' fees appears to be within the range that has been approved as reasonable in other like cases. The call−in number for the status hearing is 650−479−3207 and the access code is 180 946 2499#. Press # to bypass the Attendee ID number and security code. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and necessary by the Court. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.