# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Brandi Campbell

                                          Plaintiff,

v.                                                                   Case No.: 1:20−cv−05321

                                                                                Honorable Jeffrey T. Gilbert

Marshall International, LLC, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 29, 2025:

       MINUTE entry before the Honorable Jeffrey T. Gilbert: Final approval hearing held on 7/29/25. Plaintiffs' Motion for Final Approval of Collective Action Settlement Agreement [212] is granted for the reasons stated on the record. The Court grants final certification of the settlement collective and collective action pursuant to 29 U.S.C. § 216(b) and grants final approval of the settlement. The Court approves the attorney's fees and expenses being sought by Plaintiffs' counsel. The parties shall submit a proposed order to the Court at Proposed_Order_Gilbert@ilnd.uscourts.gov. A status hearing is set for 11/18/25 at 10:00 a.m. in Courtroom 1386. If a stipulation to dismiss is filed before that date, the status hearing will be stricken with no appearance required. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.